# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4922
_____

YOWAB BEN-ISRAEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Peter K. Sieg, Judge.

March 6, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, Tallahassee, and Terry Roberts of the Law Office of Terry P. Roberts, Special Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Holly Simcox, Assistant Attorney General, and Sharon Traxler, Assistant Attorney General, Tallahassee, for Appellee.